UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN THEBEAU, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:09CV1660 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This case was recently transferred to me and is before me on my review of the file. Petitioner's objection to respondent's extension of time will be denied as moot as the response has already been filed. Petitioner's motion to amend his § 2255 motion will be granted.

**IT IS HEREBY ORDERED** that petitioner's motion to object to respondent's out of time extension [#10] is denied as moot.

**IT IS FURTHER ORDERED** that petitioner's motion to amend his § 2255 motion [#10] is granted.

**IT IS FURTHER ORDERED** that respondent shall show cause in writing by **March 1, 2011** why the relief requested in the amended motion should not be granted.

_/s/ Rodney W. Sippel_
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of February, 2011.